GLADYS SULLIVAN, BY NEXT FRIEND, AND JOHN T. SUL-
LIVAN, v. BRADLEY BEACH BATHING COMPANY.

Decided December 1, 1927.

Negligence—Injury to Young Girl in a Bath House—Verdict for
Father and Against Girl—Both Sides Ask for New Trial—
Rule Allowed in Each Case.

On plaintiffs' rule to show cause.    On defendant's rule
to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK
and LLOYD.

For the plaintiffs, *Theodore D. Parsons.*

For the defendant, *John S. Applegate & Son.*

PER CURIAM.

This suit was brought by Gladys Sullivan, a young girl,
to recover compensation for personal injuries received by
her through a fall in the bathhouse of the defendant company,
and also by her father to recover expenses incurred by him
by reason of his daughter's fall.    The trial resulted in a ver-
dict in favor of the father for $1,050, and against the daugh-
ter and in favor of the defendant company as to her claim.
The defendant seeks to have a verdict set aside so far as it
awarded damages to the father and the plaintiffs seek to have
it set aside so far as it denied compensation to the daughter.

In view of the fact that both the plaintiffs and defendant
concur in the view that the verdict as a whole is erroneous,
and because it is manifestly self-contradictory, the rules to
show cause will each of them be made absolute.